No. 616. EASTER *v.* ZIFF ET AL. Ct. App. Md. Certiorari denied.

No. 624. CREAMER INDUSTRIES, INC. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *R. B. Cannon* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Joseph Kovner* for the United States et al.

No. 627. PHIPPS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Earl W. Allison* for petitioner. *Everett Burton* for respondent.

No. 628. MOORMAN, ADMINISTRATOR, ET AL. *v.* AUSTIN PRESBYTERIAN THEOLOGICAL SEMINARY ET AL. Sup. Ct. Tex. Certiorari denied. *Hume Cofer* and *John D. Cofer* for petitioners. *William B. Carssow* for respondents.

No. 629. STEIN ET AL. *v.* OSHINSKY, PRINCIPAL, PUBLIC SCHOOL 184, WHITESTONE, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. *Edward J. Bazarian* and *Thomas J. Ford* for petitioners. *Leo A. Larkin, Seymour B. Quel, Benjamin Offner* and *Sidney P. Nadel* for Oshinsky et al., and *Charles A. Brind* for Board of Regents, respondents.

No. 630. IDAHO POWER CO. *v.* FEDERAL POWER COMMISSION. C. A. 9th Cir. Certiorari denied. *R. P. Parry* and *A. C. Inman* for petitioner. *Solicitor General Marshall, Richard A. Solomon* and *Howard E. Wahrenbrock* for respondent.

No. 631. MERRICK *v.* ALLSTATE INSURANCE CO. C. A. 8th Cir. Certiorari denied. *Jerome J. Duff* for petitioner. *John S. Marsalek* for respondent.